UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEANNA ROBINSON,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

No. 1:17-cv-03066-RHW

**ORDER GRANTING STIPULATED MOTION FOR REMAND FOR FURTHER PROCEEDINGS**

Before the Court is a Stipulated Motion for Remand and jointly move the Court to remand for further administrative proceedings. **ECF No. 14.** Based on the agreement of the parties and the record, the Court finds good cause to grant the motion.

The Commissioner's decision to deny Plaintiff's application for disability benefits is **REVERSED** and **REMANDED** for further proceedings, including a de novo hearing if desired by Ms. Robinson, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge shall: (1) further evaluate Ms. Robinsons' obesity and mental impairment; (2) further evaluate the opinion evidence in Exhibit 4A; (3) further evaluate the medical notes in Exhibit 3F; (4) further evaluate Ms. Robinson's residual functional capacity; and (5) further

**ORDER GRANTING STIPULATED MOTION FOR REMAND FOR FURTHER PROCEEDINGS~ 1**

evaluate whether Ms. Robinson can perform any of her past relevant work. The administrative law judge will issue a new decision.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.

2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.

3. All pending motions in this matter are now moot.

4. Reasonable attorney fees shall be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

5. Judgment shall be entered on behalf of Plaintiff.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 26th day of October, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND FOR FURTHER PROCEEDINGS~ 2**